UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joel Wendland and Timothy Kauffman,

Plaintiffs,

v.

The Miix Group, Incorporated, Miix Insurance Company, New Jersey State Medical Underwriters, Inc., Healthcare Reinsurance Services, Inc., and Kenneth Koreyva,

Defendants.

Court File No. 00-2271 (MJD/SRN)

**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, as amended effective November 1, 1996, and upon a showing of good cause as required by Local Rule 16.3, the Pretrial Scheduling Order filed January 10, 2001 is amended as follows:

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by October 1, 2001.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By plaintiffs on or before **June 29, 2001**.

   b. By defendants on or before **September 5, 2001**.

   c. Plaintiffs may serve a written expert report in rebuttal to defendants' expert opinion on or before **October 5, 2001**.

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

All other aspects of the Pretrial Scheduling Order shall remain in full force and effect unless modified upon formal motion and a showing of good cause as required by Local Rule 16.3.

Dated: August 23, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500