138586

RECEIVED
BY MAIL
OCT 29 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-2271 MJD/SRN **Case Title:** Wendland, et al. v. The MIIX Group, et al.

**Affidavit of Movant**

I, Jeffrey C. Brown, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jeffrey Soos, an attorney admitted to practice in the ________ District of New Jersey, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (✓)defendant MIIX Group et als. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 256948 10/19/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Jeffrey Soos, am currently a member in good standing of the U.S. District Court for the ________ District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jeffrey Soos [signature] 10/24/01
Type/Print Name Signature Date

Attorney License Number: JS 0589 (DNJ)

Law Firm Name & Address: Saiber Schlesinger Satz + Goldstein, LLC
One Gateway Center, 13th Floor
Newark, N.J. 07102

Telephone: (973) 622-3333

Motion Granted: [signature] OCT 29 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________