UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Joel Wendland and Timothy Kauffman,

Plaintiffs,

v.

The MIIX Group, Incorporated, MIIX Insurance Company, New Jersey State Medical Underwriters, Inc., Healthcare Reinsurance Services, Inc., and Kenneth Koreyva,

Defendants.

---

File No. 00-2271 MJD/SRN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their undersigned counsel, stipulate and agree that the above-captioned matter may be dismissed with prejudice, but without costs, disbursements or attorney's fees to any party.

Dated: 12-26-01

John J. Steffenhagen (195947)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs

JAN 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated:

Michael J. Geraghty (admitted Pro Hac Vice)
David J. D'Aloia (admitted Pro Hac Vice)
SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Alan G. Carlson (14801)
Jeffrey C. Brown (256948)
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55401-2215
(612) 332-5300

Attorneys for Defendants and
Counterclaimants

**ORDER**

IT IS SO ORDERED, this 6 day of JAN., 2002.

By the court:

Dated: JAN. 6, 2002

Hon. Michael J. Davis
Judge of United States District Court

728407.1